1 | YOUR NAME  Andrew Benson, Lorette Speer
2 | YOUR ADDRESS  PO Box 131542, Carlsbad, CA 92013
  | YOUR TELEPHONE NUMBER

FILED

2008 JUN -2

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ KWH _____DEPUTY

8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

10

Andrew Loretta
11 | Benson; Speer

12 | Plaintiff,

13 |               -v-

14 | Schulman, David

15 | Defendant

)
)
)
)
)
)
)
)
)
)

Case No.  **'08 CV 0983 IEG AJB**
(To be assigned at time of filing)

16

COMPLAINT FOR (Brief description of document)

17

Equal right under the law, Conspiracy to interfere with civil rights

18 | Plaintiff alleges:

David Schulman, an attorney for Mr. Benson, a minor was responsible for determining and representing the best interest and wishes of minor in a custody dispute that would separate him from his siblings. Contrary to public policy, Mr. Schulman recommended the separation of Mr. Benson absent supporting evidence.  Mr. Schulman's actions deprived Ms. Speer and Mr. Benson's equal protection of the laws.

Mr. Schulman in his declarations to the court stated he was the attorney for all three siblings and had interviewed all three children.  In fact, Schulman did not interview and did not represent the best interests of the siblings. Schulman caused the intentional infliction injury by willingly and consistently hiding the illegality of his actions or lack thereof. Schulman conspired and executed the necessary actions to interfere with the civil rights of Ms. Speer and Mr. Benson.

Ms. Speer filed for return of custody of said minor.  In retaliation for Speer's complaint against Schulman for questionable behavior concerning Speer's sixteen year old daughter, a minor, and to cover and conceal his ongoing obstruction of justice, Schulman refused to address Benson's emotional and physical decline. Schulman willfully disregarded his duty to comply with public policy to punish Speer and deprive her of the companionship of her son.

Schulman then mailed Speer a consumer bill for services never rendered and threatened legal action if she did not pay.

28

::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

02 June 08

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Andrew Benson<br>Lorette Speer | David Schulman<br><br>*FILED*<br>2008 JUN -2 |
| (b) County of Residence of First Listed Plaintiff   San Diego<br>(EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant   San Diego<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE<br>LAND INVOLVED.<br>BY _____ KNK _____ DEPUTY |
| (c) Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known)<br>'08 CV 0983 IEG AJB |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| ☐ 1 U.S. Government<br>Plaintiff | ☒ 3 Federal Question<br>(U.S. Government Not a Party) |
|---|---|
| ☐ 2 U.S. Government<br>Defendant | ☐ 4 Diversity<br>(Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                   and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place<br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>& Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>Student Loans<br>(Excl. Veterans)<br>☐ 153 Recovery of Overpayment<br>of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>Liability<br>☐ 320 Assault, Libel &<br>Slander<br>☐ 330 Federal Employers'<br>Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>Product Liability<br>☐ 360 Other Personal<br>Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury -<br>Med. Malpractice<br>☐ 365 Personal Injury -<br>Product Liability<br>☐ 368 Asbestos Personal<br>Injury Product<br>Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>Property Damage<br>☐ 385 Property Damage<br>Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure<br>of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational<br>Safety/Health<br>☐ 690 Other<br>**LABOR**<br>☐ 710 Fair Labor Standards<br>Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting<br>& Disclosure Act<br>☐ 740 Railway Labor Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/<br>Exchange<br>☐ 875 Customer Challenge<br>12 USC 3410<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities -<br>Employment<br>☐ 446 Amer. w/Disabilities -<br>Other<br>☒ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate<br>Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc.<br>Security Act<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 463 Habeas Corpus -<br>Alien Detainee<br>☐ 465 Other Immigration<br>Actions | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>or Defendant)<br>☐ 871 IRS—Third Party<br>26 USC 7609 | ☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information<br>Act<br>☐ 900 Appeal of Fee Determination<br>Under Equal Access<br>to Justice<br>☐ 950 Constitutionality of<br>State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

| ☒ 1 Original<br>Proceeding | ☐ 2 Removed from<br>State Court | ☐ 3 Remanded from<br>Appellate Court | ☐ 4 Reinstated or<br>Reopened | ☐ 5 Transferred from<br>another district<br>(specify) | ☐ 6 Multidistrict<br>Litigation | ☐ 7 Appeal to District<br>Judge from<br>Magistrate<br>Judgment |
|---|---|---|---|---|---|---|

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Civil Rights, Procedure, Rules of Court, Contract  42 USC 1981, et al
Brief description of cause:
Deprivation of civil rights and conspiracy, use of mail to swindle consumer

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE   2 June 08

SIGNATURE OF ATTORNEY OF RECORD   *Andrew Benson*

**FOR OFFICE USE ONLY**

RECEIPT # 151498   AMOUNT $350   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

TAC   6/3/08

## UNITED STATES
## DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# # 151498    — TC
# * * C O P Y * *
## June 03, 2008
## 11:34:53

### Civ Fil Non-Pris
USAO #.: 08CV0983 IEG
Amount.:                    $350.00 CA

### Photocopies
Qty....:    4 @ $0.50
Amount.:                    $2.00 CA

## Total—>   $352.00

FROM: ANDREW BENSON & LORETTE SPEER
        VS
        DAVID SCHULMAN